**FROM:**
P.O. Box 1116
Charlotte, NC 28201-1116

**PERSONAL & CONFIDENTIAL**

19



Valerie Estrada

ˡˡ'ˡˡᵘˡˡˡˡᵖᵖᵖˡˡˡˡᵖᵖˡˡᵖᵖᵘˡˡᵘᵘᵘˡˡˡˡᵈᵘˡˡˡˡᵘˡˡᵈˡˡᵖᵖˡˡˡᵖ

HACIENDA HEIGHTS, CA 91745-2170

**FBCS Inc**
330 S. WARMINSTER RD. SUITE 353
HATBORO, PA 19040
1-866-594-8638

July 17, 2017

**Interested in saving $537.00, read on . . .**

Our client, JEFFERSON CAPITAL SYSTEMS, LLC, has authorized us to accept a 45% discount off your $1,193.33 outstanding balance to settle the account in full. The complete details of your account are:

Current Creditor < JEFFERSON CAPITAL SYSTEMS, LLC
Debt Description < VERIZON WIRELESS
Account # < XXXXXXXXXX0001
Outstanding Balance < $1,193.33
File # < 769
Current Creditor Account #: 455687
Original Creditor: CELLCO PARTNERSHIP

We can accept this reduced amount under your preferred option:

1. Pay the full amount of $656.33 to us in one payment
2. Pay $131.27 as a down-payment and the remaining balance of $525.06 30 days after your first payment is received.
3. You may have an opportunity to split your settlement into 3 payments of $218.78 each. Call our office for details.
4. Contact one of our agents, who have been specially trained to listen to your circumstances and guide you through the process, there may be other payment options available based on your specific situation. Call us, toll free, at 1-866-594-8638. Agents trained to handle your specific account are available:

Monday 9:00 am through 7:00 pm         Wednesday 9:00 am through 7:00 pm       Friday 9:00 am through 7:00 pm
Tuesday 9:00 am through 7:00 pm         Thursday 9:00 am through 7:00 pm        Saturday 9:00 am through 12:30 pm

(All times listed are Eastern Standard Time)
Or visit our website at www.fbcs-inc.com for 24 hour payment options.

*** Please see reverse side for important information. ***