# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALERIE ESTRADA,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 18-2949 |
| **FBCS INC.,** | : | |
| *Defendant.* | : | |

## OPINION

"Penny wise and pound foolish" – to countenance further comment on this contrivance would only add wasteful folly to silly absurdity.

The Motion to Dismiss with prejudice is granted.

BY THE COURT:

S/Chad F. Kenney

---
CHAD F. KENNEY, J.