# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALERIE ESTRADA,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 18-2949 |
| **FBCS INC.,** | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 21st day of November 2018, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 5), Plaintiff's Response thereto (ECF No. 9), and Defendant's Reply in support of its Motion to Dismiss (ECF No. 10), it is hereby **ORDERED** and **DECREED** that Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 11) is **GRANTED**.

BY THE COURT:

S/Chad F. Kenney

_____

CHAD F. KENNEY, J.